Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This Document Relates to: | ) |
| | ) |
| *Donald Whitman, et al. v. Pfizer Inc* | ) **MDL NO. 1699** |
| (06-1350 CRB) | ) **District Judge:  Charles R. Breyer** |
| | ) |
| *Mildred Hance v. Pfizer Inc, et al.* | ) |
| (06-1718 CRB) | ) |
| | ) |
| *William Lopez, et al. v. Astra Merck, Inc., et al.* | ) **STIPULATION AND ORDER OF** |
| (06-2621 CRB) | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| *Rafaela Roman Velez, et al. v. Astra Merck, Inc., et al.* | ) |
| (06-2649 CRB) | ) |
| | ) |
| *Luis R. Carrion Velez, et al. v. Astra Merck, Inc., et al.* | ) |
| (06-2658 CRB) | ) |
| | ) |
| *Teresita Falcon Matos, et al. v. Astra Merck, Inc., et al.* | ) |
| (06-2660 CRB) | ) |
| | ) |
| *Ronny Maria Sanders, et al. v. Pfizer Inc* | ) |
| (06-2681 CRB) | ) |
| | ) |
| *Lori Sargent et al. v. Pfizer Inc* | ) |
| (06-3675 CRB) | ) |
| | ) |
| *James Hall, et al. v. Pfizer Inc* | ) |
| (06-3676 CRB) | ) |
| | ) |
| *John Hayhurst v. Pfizer Inc, et al.* | ) |

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | (06-3758 CRB) |
| 2 | Bill Casillas, et al. v. Pfizer Inc, et al. |
| 3 | (06-3958 CRB) |
| 4 | Patricia Knudsen v. Pfizer Inc, et al. (06-4043 CRB) |
| 5 | Betty Moncrief, et al. v. Pfizer Inc, et al. (06-4100 CRB) |
| 6 | Annette Edelen, et al. v. Pfizer Inc, et al. |
| 7 | (06-4147 CRB) |
| 8 | Debbie Mitchell v. Pfizer Inc, et al. |
| 9 | (06-4296 CRB) |
| 10 | Joseph Gastaldi, et al. v. Pfizer Inc, et al. (06-4362 CRB) |
| 11 | Demetrio Rubio v. Pfizer Inc, et al. |
| 12 | (06-4449 CRB) |
| 13 | Earlene McBride, et al. v. Pfizer Inc, et al. (06-4462 CRB) |
| 14 | Louis Walkingstick, et al. v. Pfizer Inc, et al. |
| 15 | (6-4463 CRB) |
| 16 | Virginia Thorne v. Pfizer Inc, et al. (06-4464 CRB) |
| 17 | Rojelio Longoria, et al. v. Pfizer Inc, et al. |
| 18 | (06-4586 CRB) |
| 19 | Annie White, et al. v. Pfizer Inc, et al. (06-4678 CRB) |
| 20 | Martha Stevens, et al. v. Pfizer Inc, et al. |
| 21 | (06-4920 CRB) |
| 22 | Janette Smith v. Pfizer Inc, et al. (06-4977 CRB) |
| 23 | Roselie Atkins, et al. v. Pfizer Inc, et al. |
| 24 | (06-5272 CRB) |
| 25 | Dawna Garza v. Pfizer Inc, et al. (06-5416 CRB) |
| 26 | Ralph Adams, et al. v. Pfizer Inc, et al. |
| 27 | (06-5591 CRB) |
| 28 | Albert Leong v. Pfizer Inc, et al. (06-5666 CRB) |

))))))))))))))))))))))))))))))))))))))))))))))))))

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42581180.1

*Catherine Connolly, et al. v. Pfizer Inc, et al.*
(06-5738 CRB)

*Randy Masker, et al. v. Pfizer Inc, et al.*
(06-5739 CRB)

*Charlie Rhome, et al. v. Pfizer Inc, et al.*
(06-5740 CRB)

*Paulette Balda, et al. v. Pfizer Inc, et al.*
(06-5765 CRB)

*William Halpin, et al. v. Pfizer Inc, et al.*
(06-5777 CRB)

*Patricia Howard, et al. v. Pfizer Inc, et al.*
(06-5916 CRB)

*Alice Ryan, et al. v. Pfizer, Inc, et al.*
(06-5917 CRB)

*William Coleman, et al. v. Pfizer Inc, et al.*
(06-5918 CRB)

*Monica Mittag, et al. v. Pfizer Inc, et al.*
(06-5919 CRB)

*Cynthia Smith, et al. v. Pfizer Inc, et al.*
(06-5963 CRB)

*John Roof v. Pfizer Inc, et al.*
(06-5964 CRB)

*Lynda Jack, et al. v. Pfizer Inc, et al.*
(06-5965 CRB)

*Ernest Grant v. Pfizer Inc, et al.*
(06-5970 CRB)

*Alice L. Pettit, et al. v. Pfizer Inc, et al.*
(06-5973 CRB)

*Wade Smith, et al. v. Pfizer Inc, et al.*
(06-5975 CRB)

*Richard Gilmore, et al. v. Pfizer Inc, et al.*
(06-5977 CRB)

*Sergio Estrada v. Pfizer Inc, et al.*
(06-5978 CRB)

*John Vallee, et al. v. Pfizer Inc, et al.*
(06-5981 CRB)

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | *Betty Scott, et al. v. Pfizer Inc, et al.*<br>(06-5983 CRB) |
| 2 | |
| 3 | *Norman Hamblen, et al. v. Pfizer Inc, et al.*<br>(06-6058 CRB) |
| 4 | *Dennis Johns, et al. v. Pfizer Inc, et al.*<br>(06-6059 CRB) |
| 5 | |
| 6 | *Marion Walker, et al. v. Pfizer Inc, et al.*<br>(06-6060 CRB) |
| 7 | *Bessie R. Jackson-Cook v. Pfizer Inc, et al.*<br>(06-6061 CRB) |
| 8 | |
| 9 | *Mary Gonzales, et al. v. Pfizer Inc, et al.*<br>(06-6062 CRB) |
| 10 | *Melvin Kenney, et al. v. Pfizer Inc, et al.*<br>(06-6064 CRB) |
| 11 | |
| 12 | *Carol Pellini, et al. v. Pfizer Inc, et al.*<br>(06-6065 CRB) |
| 13 | *Antonio Pratts v. Pfizer Inc, et al.*<br>(06-6066 CRB) |
| 14 | |
| 15 | *Mark Childs v. Pfizer Inc, et al.*<br>(06-6067 CRB) |
| 16 | *Mary Helen Johnson, et al. v. Pfizer Inc, et al.*<br>(06-6068 CRB) |
| 17 | |
| 18 | *James E. Garver, et al. v. Pfizer Inc, et al.*<br>(06-6070 CRB) |
| 19 | *Tiffany R. Noell, et al. v. Pfizer Inc, et al.*<br>(06-6071 CRB) |
| 20 | |
| 21 | *Beth Lehnan, et al. v. Pfizer Inc, et al.*<br>(06-6073 CRB) |
| 22 | *Sharon Payne, et al. v. Pfizer Inc, et al.*<br>(06-6075 CRB) |
| 23 | |
| 24 | *Nancy Harsh, et al. v. Pfizer Inc, et al.*<br>(06-6083 CRB) |
| 25 | *Dennis Yeager, et al. v. Pfizer Inc, et al.*<br>(06-6084 CRB) |
| 26 | |
| 27 | *Lynda Jack, et al. v. Pfizer, Inc, et al.*<br>(06-6087 CRB) |
| 28 | *Fred Hardee, et al. v. Pfizer Inc, et al.* |

-4-

1  (06-6088 CRB)                                    )

2  *Lynn Hodges, et al. v. Pfizer Inc, et al.*      )
   (06-6089 CRB)                                    )
3                                                   )
   *Willie Vaughn v. Pfizer Inc, et al.*            )
4  (06-6092 CRB)                                    )
                                                    )
5  *Pauline Swihart, et al. v. Pfizer Inc, et al.*  )
   (06-6093 CRB)                                    )
6                                                   )
   *Douglas Horton v. Pfizer Inc, et al.*           )
7  (06-6094 CRB)                                    )
                                                    )
8  *June N. Bell v. Pfizer Inc, et al.*             )
   (06-6095 CRB)                                    )
9                                                   )
   *Jerry Rice, et al. v. Pfizer Inc, et al.*       )
10 (06-6096 CRB)                                    )
                                                    )
11 *Stephen Bryan, et al. v. Pfizer Inc, et al.*    )
   (06-6097 CRB)                                    )
12                                                  )
   *Steven Woods, et al. v. Pfizer Inc, et al.*     )
13 (06-6098 CRB)                                    )
                                                    )
14 *Brad Lovitt, et al. v. Pfizer Inc, et al.*      )
   (06-6116 CRB)                                    )
15                                                  )
   *April Froehlich, et al. v. Pfizer Inc, et al.*  )
16 (06-6117 CRB)                                    )

17       Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

18 the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

19 stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

20 each side bearing its own attorneys' fees and costs.

-5-

EASTW2581180.1

DATED: 10 - 29 , 2009     By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2 , 2009     By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court

-6-